■ OTTO V. WERNER, Respondent, v. HILLIS PARK CORPORATION, Appellant.— In an action by the vendee in a contract for the sale of real property, to recover his down payment on the ground of his inability to obtain the mortgage commitment as provided in such contract, the defendant appeals from a judgment of the County Court, Dutchess County, entered July 31, 1961 upon the decision of the court, after a nonjury trial, in favor of plaintiff. The judgment also dismissed defendant's counterclaim to recover damages by reason of plaintiff's alleged breach of the contract. Judgment affirmed, with costs. No opinion. Ughetta, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ BELLE WIES et al., Appellants, v. MORTON B. BAINE, Respondent.— In a negligence action to recover damages for personal injuries, loss of services and medical expenses, plaintiffs (husband and wife) appeal from the following three orders of the Supreme Court, Kings County, denying their successive applications for a preference pursuant to rule 9 of the Kings County Supreme Court Rules: (1) an order, dated November 2, 1961, which denied the preference but granted plaintiffs leave to renew the application upon their consent to an examination of the plaintiff wife by an impartial, court-appointed physician; (2) an order, dated February 26, 1962, which, on the basis of the report of the physician so appointed, adhered to the original determination; and (3) an order, dated May 22, 1962, which denied reconsideration upon an application which we deem to have been made on additional facts. Order, dated May 22, 1962, reversed on the facts, with $10 costs and disbursements, and application for preference granted. Appeal, insofar as it relates to the orders dated November 2, 1961 and February 26, 1962, dismissed as academic. Under the circumstances here present, we are of the opinion that a preference was warranted. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ YANTIC GRAIN & PRODUCTS Co., Doing Business as DANBURY BIG Y FEED Co., Appellant, v. BULLET HOLE FARMS, INC., Respondent.— In an action to recover an alleged balance due for grain and feed sold and delivered, plaintiff appeals from an order of the Supreme Court, Westchester County, dated April 12, 1962, and entered in Putnam County on April 23, 1962, which denied its motion for summary judgment pursuant to rule 113 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements. The record presents issues of fact which must await a plenary trial (cf. *Stone* v. *Goodson*, 8 N Y 2d 8). Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.